UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80508-CIV-CANNON

**K.P.**,

    Plaintiff,

v.

**THE CROSSROADS CLUB, INC.**,

    Defendant.

_____/

### ORDER TEMPORARILY GRANTING PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY PENDING SERVICE AND RESPONSE [ECF No. 6]

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Proceed Anonymously [ECF No. 6]. On April 25, 2025, Plaintiff filed a two-count Complaint under the pseudonym "K.P." for violations of the American with Disabilities Act ("ADA") [ECF No. 1]. Plaintiff thereafter filed the instant Motion to Proceed Anonymously as "K.P." for the duration of this proceeding, rather than under her full name [ECF No. 6]. The Court has considered the Motion, the applicable law, and the full record. Upon review, the Motion is temporarily **GRANTED** pending documented service of the Complaint and an opportunity for Defendant to respond to the Motion [ECF No. 6]. **Nothing in this Order shall be construed as a determination on Plaintiff's request to proceed anonymously for the pendency of this action**. The Clerk shall **MAIL** a copy of this Order to The Crossroads Club, Inc., C/O George Allerton, 1700 Lake Ida Road, Delray Beach, Florida 33445 [ECF No. 3] and thereafter file a Notice of Compliance.

**ORDERED** in Fort Pierce, Florida, this 9th day of May 2025.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record